COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


| | | |
|---|---|---|
| SERGIO MARTIN CARDENAS, | § | No. 08-11-00070-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd Judicial District Court |
| | § | of El Paso County, Texas |
| DORA LUZ CARDENAS, | § | (TC# 2008CM210) |
| Appellee. | § | |

**MEMORANDUM  OPINION**

Pending before the Court is Appellant's motion to non-suit notice of appeal, which we construe as a motion to dismiss.  The motion is granted, and this appeal is dismissed.  *See* TEX.R.APP.P. 42.1(a)(1).  Costs of appeal are assessed against Appellant.  *See* TEX.R.APP.P. 42.1(d).


June 29, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.